Decided December 22, 1994

---

### ARMOND ROUILLARD *v.* COMMISSIONER OF CORRECTION

The petitioner Armond Rouillard's petition for certification for appeal from the Appellate Court, 35 Conn. App. 754 (AC 12205), is denied.

*Edwin C. Pearson,* in support of the petition.

*Margaret Gaffney Radionovas* and *Jack Fischer,* assistant state's attorneys, in opposition.

Decided December 22, 1994